FILED:  September 23, 2013

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-4711

(2:12-cr-00105-RAJ-DEM-3)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

STEPHEN G. FIELDS

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
| Originating Case Number | 2:12-cr-00105-RAJ-DEM-3 |
| Date notice of appeal filed in originating court: | 09/18/2013 |
| Appellant (s) | Stephen Fields |
| Appellate Case Number | 13-4711 |
| Case Manager | Donna Lett 804-916-2704 |