UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 13-4711   as

☐ Retained  ☐ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☑ Government

COUNSEL FOR: The United States of America

_____ as the
(party name)

☐ appellant(s)  ☑ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

/s/
_____
(signature)

Melissa E. O'Boyle                              757-441-3525
Name (printed or typed)                         Voice Phone

United States Attorney's Office                 757-441-6689
Firm Name (if applicable)                       Fax Number

8000 World Trade Center, 101 W. Main St.

Norfolk, Virginia 23510                         moboyle@usa.doj.gov
Address                                         E-mail address (print or type)

---

## CERTIFICATE OF SERVICE

I certify that on October 3, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Eugene Gorokhov
Charles Burnham
Burnham & Gorokhov, PLLC
1724 20th Street, NW
Suite 304
Washington, D.C. 20009
eugene@burnhamgorokhov.com

/s/                                             October 3, 2013
Signature                                       Date

11/17/2011
SCC