IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | Nos. 13-4711(L) |
| | ) |      13-4818 |
| STEPHEN G. FIELDS, | ) |      13-4863 |
| | ) | |
| TROY BRANDON WOODARD, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EDWARD J. WOODARD | ) | |
| | ) | |
| Appellants. | ) | |

GOVERNMENT'S RESPONSE TO APPELLANTS' MOTION TO EXCEED PAGE LIMITS
---

The United States of America, through undersigned counsel, respectfully files its response to Appellants' motion to exceed the 30-page, 14,000-words limit for the opening brief under Federal Rule of Appellate Procedure 32(a)(7)(A),(B)[1] and the 500-page limit for appendices applicable to CJA cases under Local Rule 32(a).

In early July 2014, Appellants contacted the government and indicated that due to the number of defendants, length of the trial record, and the number and complexity of appeal issues, they would seek permission from the Court to exceed the opening

---
[1] Appellants incorrectly cite to Federal Rule of Appellate Procedure 28(e) as the basis for their motion.

brief word limit and page limit for appendices. At that time, the government was aware of 18 broad issues identified by the Appellants in their non-binding docketing statements. What's more, the Appellants had not yet consulted with the government on the contents of the appendix.[2] See generally Fed. R. App. P. 30(b). Faced with limited information regarding Appellants' expected issues, it was difficult for the government to assess whether and how much additional volume would be necessary to appropriately brief these issues.

The government advised Appellants of its skepticism that such a large brief would be necessary in this case. As stated in their motion, Appellants indicated that they would use every effort to minimize the number of words actually submitted. (Doc. No. 87, Mot. To Exceed Length Limit ¶7.)

In light of these discussions and out of comity, the government does not oppose Appellants' motion, deferring to their assessment that the issues they intend to raise require additional pages. However, the government is keenly aware that

---

[2] In the absence of any representation by Appellants regarding the contents of the appendix, to preserve its rights and to satisfy Rule 30(b) of the Federal Rules of Appellate Procedure, the government identified the parts of the record that it wanted included in the appendix.

2

the Court will be the final arbiter on this issue.[3]

                              Respectfully submitted,

                              Dana J. Boente
                              United States Attorney

                By:     /s/_____
                              Uzo E. Asonye
                              Katherine Lee Martin
                              Melissa E. O'Boyle
                              Assistant United States Attorneys

---

[3] If the Court grants Appellants' motion, the government would respectfully request a corresponding increase to Appellee's page and word limits.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2014, I electronically filed the foregoing response with the Clerk of the Court using the CM/ECF system, which sends a notification of such filing (NEF) to all counsel of record in this case.

By:        /s/
Katherine Lee Martin
Assistant United States Attorney
United States Attorney's Office
Main Street Centre
600 E. Main Street, Suite 1800
Richmond, Virginia 23219-2447
Phone: (804) 819-5400
Fax: (804) 819-7417
katherine.martin@usdoj.gov