

Eugene Gorokhov, Esq.
eugene@burnhamgorokhov.com
*Licensed to practice in Virginia and
the District of Columbia*

July 24, 2014

Ms. Taline A. Fischer
Unites States Court of Appeals for the Fourth Circuit
1100 E Main St., Suite 501
Richmond, VA 23219

**Re:   United States v. Fields *et al*. No. 13-4711**

Dear Ms. Fischer:

Over the past two weeks, we have expended considerable effort conferring with the Government as well as counsel for the co-defendants regarding the contents of the Joint Appendix. In addition, we have spent considerable time collecting the documents needed for the Joint Appendix.  What follows is a brief summary of the results of our negotiations, the current size of the Joint Appendix, additional steps that are required, and our best estimate of the final size of the Joint Appendix.

The Government has agreed to remove the transcripts of pre-trial motions hearings from the Joint Appendix.

The final Joint Appendix, based on current discussions, will be composed of: (1) a complete transcript of the entire trial; (2) transcripts of the sentencing proceedings for all three defendants on appeal; (3) the Pre-Sentence Report for Brandon Woodard; (4) all admitted Government Exhibits; (5) all admitted Defense Exhibits; (6) relevant Defense Exhibits that were offered but refused at trial; and (7) relevant briefs and memoranda submitted at trial.

The current Joint Appendix contains 23,051 pages.  This is only a preliminary number for several reasons.  First, we are missing a number of Government and Defense Exhibits that were admitted at trial, and have contacted the appropriate parties for those exhibits.  Depending on the response, these additional exhibits can easily add several thousand pages. Secondly, we have contacted the Government in an effort to remove exhibits that clearly do not pertain to any of the defendants on appeal, and will continue to do so as we work on the brief.

Based on these considerations, we estimate that the final Joint Appendix will contain approximately 25,000 pages.

      If you have any additional questions, please do not hesitate to contact myself or our associate, Ziran Zhang.

      Sincerely,

<u>/s/ Eugene Gorokhov</u>
Eugene Gorokhov, Esq.
Burnham & Gorokhov, PLLC
*Counsel for Stephen Fields*

**CERTIFICATE OF SERVICE**

I certify that on July 24, 2014, I filed the foregoing letter through the Court's ECF system, which automatically sends a notice of such filing to all counsel of record.

/s/ Eugene Gorokhov
Eugene Gorokhov, VSB #73582
*Counsel for Appellant Stephen Fields*
Burnham & Gorokhov, PLLC
1724 20th St. NW, Suite 304
Washington, D.C. 20009
(202) 386-6920 (phone)
(267) 390-7587 (fax)
eugene@burnhamgorokhov.com
