FILED: August 4, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4711 (L)
(2:12-cr-00105-RAJ-DEM-3)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

STEPHEN G. FIELDS

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion to exceed the length limitations for the opening brief, the court grants leave to file an opening brief not in excess of 21,000 words. The court grants the motion to exceed the 500 page limit for the joint appendix. Although the parties have established a need for additional pages in the joint appendix, this case would still benefit from a selectively-abridged appendix as required by this Court's Local Rule 30(b). The court denies the motions to file a deferred appendix and extends the briefing schedule as follows:

Opening brief due: September 2, 2014

Appendix due: September 2, 2014

Response brief due: September 22, 2014

Any reply brief: 10 days from service of response brief.

                                                For the Court

                                                <u>/s/ Patricia S. Connor, Clerk</u>