# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 26, 2014

_____

RESPONSE REQUESTED

_____

No.  13-4711 (L), US v. Stephen Fields
           2:12-cr-00105-RAJ-DEM-3

TO:    James Brian Donnelly
       Andrew Michael Sacks

RESPONSE DUE: 09/08/2014

Response is required to Fields' motion to file separate briefs. Response(s) must be filed by the response due date shown in this notice.

Taline A. Fischer, Deputy Clerk
804-916-2704