FILED: August 28, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4711 (L)
(2:12-cr-00105-RAJ-DEM-3)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

STEPHEN G. FIELDS

      Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 10/02/2014

Opening brief due: 10/02/2014

Response brief due: 10/22/2014

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk