FILED: August 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4711 (L)
(2:12-cr-00105-RAJ-DEM-3)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

STEPHEN G. FIELDS

       Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the parties' submissions, the court denies appellant's motion to compel the government to provide exhibits it wishes included in the joint appendix and also denies appellant's alternative request to authorize hiring a vendor for the sole purpose of scanning the government's exhibits into electronic form. This denial is without prejudice to appellant's use of commercial duplication services for preparation of the brief and joint appendix at the rates set by Local Rule

32(a) ($.35 per double-sided sheet for the joint appendix and $.35 per page for the brief).

          For the Court--By Direction

          <u>/s/ Patricia S. Connor, Clerk</u>