IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | Nos. 13-4711(L) |
| | ) | 13-4818 |
| STEPHEN G. FIELDS, | ) | 13-4863 |
| | ) | |
| TROY BRANDON WOODARD, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EDWARD J. WOODARD | ) | |
| | ) | |
| Appellants. | ) | |

## GOVERNMENT'S CONSOLIDATED RESPONSE TO APPELLANTS' MOTION TO FILE SEPARATE BRIEFS AND MOTION TO RECONSIDER

The United States of America, through undersigned counsel, respectfully files its response to Appellants' motion to file separate briefs, or in the alternative, their apparent motion to reconsider the Court's denial of their request for a 56,000-word limit for their joint opening brief.

On July 7, 2014, the Appellants filed a joint motion to exceed the 30-page, 14,000-word limit for their opening brief under Federal Rule of Appellate Procedure 32(a)(7)(A),(B). (Doc. No. 87.)  The government did not oppose this motion. (Doc. No. 90.)  On August 4, 2014, the Court granted in part, and denied in part, the Appellants' motion – permitting a

21,000-word joint opening brief. (Doc. No. 100.)

One week before Appellants' opening brief in this consolidated case was due Appellant Stephen G. Fields filed a motion to file a separate brief of up to 18,000 words. (Doc. No. 106.)  Notably, when applied to all three Appellants, this request nearly equals the 56,000-word limit the Appellants initially requested and this Court denied.  Indeed, Appellants Edward J. Woodard and Troy Brandon Woodard later joined this motion – effectively requesting that the Court reconsider its denial of the Appellants' original motion to file a brief of up to 56,000 words.

The government still does not object to this request for the reasons already articulated in its response to Appellants' original motion to file a 56,000-word joint opening brief.  That said, the government maintains that all parties would be best served by concisely briefing the issues in this case.

Mr. Fields' representation that he is incapable of effectively expressing his arguments on appeal with one-third of a 21,000-word joint opening brief is nothing short of hyperbolic.  By consolidating their briefs, appellants need not each waste thousands of words (and the Court's time) on separate statements of the issues, statements of the case, statements of facts, and overlapping arguments.  Mr. Fields' claim that "these

2

issues are largely unique to Mr. Fields" is also an exaggeration. See (Doc. No. 145, Mot. For Separate Briefs ¶3) Appellant Edward J. Woodard indicated in his docketing statement that he intends to appeal the district court's application of the hearsay rules, exclusion of certain evidence as irrelevant, and admission of lay witness testimony regarding numerous summary charts – three of the five issues Mr. Fields indicates that he will raise on appeal. Compare (Appeal 13-4863, Doc. No. 6) with (Appeal 13-4711, Doc No. 145, ¶5.) It would be a complete waste of the government's resources to respond to, and the Court's time to review, the same appellate issues rehashed in at least two separate briefs.

For these reasons, the United States respectfully requests that the Court deny the Appellants' motion to file separate briefs; however, the government does not object to an increase in the word limit for a consolidated brief.

                                  Respectfully submitted,

                                  Dana J. Boente
                                  United States Attorney

                By:     /s/_____
                      Katherine Lee Martin
                      Uzo E. Asonye
                      Melissa E. O'Boyle
                      Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 10, 2014, I electronically filed the foregoing response with the Clerk of the Court using the CM/ECF system, which sends a notification of such filing (NEF) to all counsel of record in this case.

By:     /s/
Katherine Lee Martin
Assistant United States Attorney
United States Attorney's Office
Main Street Centre
600 E. Main Street, Suite 1800
Richmond, Virginia 23219-2447
Phone: (804) 819-5400
Fax: (804) 819-7417
katherine.martin@usdoj.gov