IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| United States of America, } | | |
| *Appellee* } | | |
| } | Appeal Nos. | 13-4711(L) |
| v. } | | 13-4818 & |
| } | | 13-4863 |
| Stephen Fields *et al.,* } | | |
| *Appellants* } | | |

## APPELLANTS' MOTION TO RECONSIDER THE 21,000 WORD-LIMIT FOR THE CONSOLIDATED OPENING BRIEF

COME NOW the Appellants, Stephen Fields, Ed Woodard, and Brandon, and, pursuant to Local Rule 28(d), respectfully move this Court to exceed the current length limit, and file a Joint Opening Brief of up to 25,000 words.

1. Appellants understand and respect this Court's order requiring the filing of a Joint Brief under 21,000 words. Counsel for the appellants have worked diligently to coordinate the drafting of the Joint Brief, and have made significant efforts to truncate the brief in compliance with the limitations set by this Court.

2. The current draft of the Joint Brief, which contains 24,943 countable words, represents Appellants' best efforts to comply with this Court's order. (*see* Exhibit 1 – Draft of Appellants' Joint Brief[1]).

---

[1] The attached draft does not contain all required parts, such as a Table of Contents or Table of Authorities. Additionally, Appellants are still waiting for the Joint Appendix to make appropriate citations to the record. However, the draft contains all parts which count towards word limit. Depending on this Court's resolution of the instant motion, a brief will be filed in the appropriate format, complying in all respects with the Federal Rules of Appellate Procedure, local rules, and orders.

3. Counsel have worked together as much as possible. However, each counsel must also exercise independent judgment as to how to best set forth his client's positions on appeal before this Court.

4. While the Appellants' interests are not directly adverse, the Appellants stand in unique positions and have differing interest in this appeal.

5. As shown in the draft brief, the appeal raises unique issues as to each appellant. All but one of Mr. Fields's claims involve erroneous evidentiary rulings by the district court that excluded defense evidence. The remaining issue raised by Mr. Fields involves the erroneous admission of prosecution evidence. These errors individually and cumulatively deprived Mr. Fields of a fair trial.

6. The main points on appeal by Ed Woodard and Brandon Woodard involve sufficiency of the evidence. Even those issues, however, are necessarily divergent because Ed Woodard and Brandon Woodard occupied different roles at the Bank of Commonwealth, were charged under different Counts, and the evidence at trial against them had little in common.

7. While counsel for Fields believes that his original requests concerning the length limitations and separate briefs were appropriate and necessary to effectively advance Fields's arguments on appeal, further truncating the current brief to eliminate another 4,000 words would seriously prejudice the Appellants on appeal. Counsel would be forced to drop meritorious claims, or give only cursory treatment to certain claims.

8. This Court would also benefit from a longer brief, as it would permit the Appellants to address the claims with sufficient clarity, such that the Court can resolve the underlying issues without an exhaustive search of the record or case law.

**CONCLUSION**

For the foregoing reasons, Appellants respectfully request this Court to permit the filing of a Joint Brief of up to 25,000 words.

Filed:   September 30, 2014                    Respectfully submitted,

/s/ Eugene Gorokhov
Eugene Gorokhov, VSB #73582
*Counsel for Appellant Stephen Fields*
Burnham & Gorokhov, PLLC
1724 20th St. NW, Suite 304
Washington, D.C. 20009
(202) 386-6920 (phone)
(267) 390-7587 (fax)
eugene@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I certify that on September 30, 2014, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which sends a notification of such filing (NEF) to all counsel of record in this case.

/s/ Eugene Gorokhov
Eugene Gorokhov, VSB #73582
*Counsel for Appellant Stephen Fields*
Burnham & Gorokhov, PLLC
1724 20th St. NW, Suite 304
Washington, D.C. 20009
(202) 386-6920 (phone)
(267) 390-7587 (fax)
eugene@burnhamgorokhov.com