FILED: October 9, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4711 (L)
(2:12-cr-00105-RAJ-DEM-3)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

STEPHEN G. FIELDS

  Defendant - Appellant

_____

O R D E R
_____

  Upon consideration of the motion to exceed the length limitations for briefs, the court grants leave to file a brief not in excess of 21,000 words.

  For the Court

  /s/ Patricia S. Connor, Clerk