FILED: November 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4711 (L)
(2:12-cr-00105-RAJ-DEM-3)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

STEPHEN G. FIELDS

    Defendant - Appellant

_____

O R D E R

_____

Appellants have filed a motion to extend filing time and exceed length limitations of the reply brief.  The court denies the motions without prejudice to refiling the motions, if necessary, after the government's response brief is filed.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk