FILED:  January 6, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4711 (L)
(2:12-cr-00105-RAJ-DEM-3)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

STEPHEN G. FIELDS

Defendant - Appellant

_____

O R D E R

_____

The court denies the motion to exceed the length limitations for the reply

brief. The motion fails to establish exceptional reasons sufficient to overcome the

preference set forth in Local Rule 32(b) for short, concise briefs.


For the Court

/s/ Patricia S. Connor, Clerk